1  RICHARD W. BRUNETTE, JR., Cal. Bar No. 81621
   rbrunette@sheppardmullin.com
2  ALAN H. MARTIN, Cal. Bar No. 132301
   amartin@sheppardmullin.com
3  THERESA W. BANGERT, Cal. Bar No. 232803
   tbangert@sheppardmullin.com
4  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 48th Floor
5  Los Angeles, California 90071-1448
   Telephone: 213-620-1780
6  Facsimile: 213-620-1398

7  Attorneys for Plaintiff
   THE CIT GROUP/BUSINESS CREDIT, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, for itself and as agent,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX FUEL, LLC, a Wyoming limited liability company; ROBERT V. LYLE, Jr., as an individual and as trustee of THE LYLE FAMILY TRUST dated October 24, 1986; SUSAN S. LYLE, an individual and as trustee of THE LYLE FAMILY TRUST dated October 24, 1986; RVL PHOENIX, LLC, a Delaware limited liability company; THOMAS L. PERKINS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV08-01780 GHK (RZx)<br><br>[PROPOSED] ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AGAINST PHOENIX FUEL, LLC, THOMAS L. PERKINS AND RVL PHOENIX, LLC<br><br>[No hearing required] |

W02-WEST:1TLW1\400752626.1

Dockets.Justia.com

## ORDER TO SHOW CAUSE

Upon consideration of the pleadings and evidence filed in support of and opposition to plaintiff The CIT Group/Business Credit, Inc.'s ("CIT") *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction Should Not Issue Against Phoenix Fuel, LLC, RVL Phoenix, LLC and Thomas L. Perkins (the "Application"), and the argument of counsel, contained herein, and it appearing to the satisfaction of the Court therefrom that there is good cause therefor,

IT IS HEREBY ORDERED that Phoenix Fuel, LLC, RVL Phoenix, LLC and Thomas L. Perkins are ordered to show cause why a preliminary injunction should not issue restraining and enjoining them, their agents, employees, representatives, assigns and all those acting in concert with them, from doing the following pending a trial of this action:

    1.    Phoenix Fuel, LLC, and its agents, employees, representatives, and assigns, are ordered to show cause why it should not be restrained and enjoined pending a trial of this action from:

        a.    Directing its account debtors to make receivable payments directly to an account other than the CIT Blocked Account;

        b.    Directing its accounts debtors to make payments directly to Phoenix Fuel, LLC;

        c.    Transferring funds from the CIT Blocked Account; and

        d.    Using the proceeds of its accounts receivable collections to pay anyone other than CIT.

-1-

1    2.    RVL Phoenix, LLC and Thomas L. Perkins and their agents, employees, representatives, and assigns, are ordered to show cause why they should not be restrained and enjoined from transferring and/or directing the transfer of their respective membership interests in Phoenix Fuel, LLC pending a trial on this action.

The Order to Show Cause is set for _Friday 4/4_, 2008 at _3:00_ a.m./p.m. in ~~Department~~ Courtroom 650 of the above-entitled Court located at the Edward Roybal Center & Federal Building, 255 E. Temple Street, Los Angeles, California, 90012. The Order to Show Cause shall be served on Defendants by facsimile and first class mail, by _3/24_, 2008. Plaintiff shall file a proof of service of this Order to Show Cause with this Court by _3/25_, 2008. Defendants' opposition papers shall be filed and served on or before _3/27_, 2008. Plaintiff's reply papers shall be filed and served on or before _3/31_, 2008. _Counsel shall deliver courtesy copies of all filings to chambers by no later than noon on the day after filing._

**IT IS SO ORDERED.**

DATED: _3/21_, 2008,
TIME: _5:30 pm_

JUDGE GEORGE H. KING
UNITED STATES DISTRICT COURT